

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>ROBERTO GUZMAN-ANAYA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR06-00253-JVS<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>September 2,</u> <u>2011</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: 8/30/2011

**MARC L. GOLDMAN**

U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97) — Page 1 of 1